IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2008 SEP -4 A 10: 58

CLERK *BMClarty*

| | | |
|---|---|---|
| JAMES HAROLD PIRTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-028 |
| | ) | |
| MS. SPIRM, PAT ETHREDGE, FRED | ) | |
| BURNETTE, and SHEVONDAH FIELDS, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed. Accordingly, the

Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the

Court. Therefore, Plaintiff's case is **DISMISSED** for failure to state a claim upon which

relief can be granted.

SO ORDERED this 1st day of September, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE